**D'Anna Russo SAWYER, Individually and as Administratrix of the Estate of Douglas Gray Sawyer, Plaintiff–Appellant,**

v.

**POTASH CORPORATION OF SASKATCHEWAN, a/k/a and d/b/a PCS Administration (USA), Inc. as Policy Holder, Plan Sponsor, Participating Employer; PCS U.S. Flexible Benefits Plan; Employee Benefits, as Plan Administrator; PCS Phosphate Company, Incorporated, Plan Sponsors and Plan Administrators of Health and Welfare Plans; AIG Life Insurance Company, as Plan Insurers; AIG Claim Services, Incorporated, as Plan Insurers and Administrators, Defendants–Appellees,**

**and**

**John Does 1–5; American International Group, Incorporated, as Plan Insurers, Defendants.**

No. 06–1429.

United States Court of Appeals, Fourth Circuit.

Submitted: March 14, 2007.

Decided: April 4, 2007.

D'Anna Russo Sawyer, Appellant Pro Se. Samuel McKinley Gray, III, Ward & Smith, P.A., New Bern, North Carolina; Jeremy R. Sayre, Ward & Smith, P.A., Raleigh, North Carolina; Ann S. Estridge, Cranfill, Sumner & Hartzog, L.L.P., Raleigh, North Carolina, Robert Boyd Jones, Jr., Cranfill, Sumner & Hartzog, L.L.P., Wilmington, North Carolina, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

D'Anna Russo Sawyer appeals the district court's order dismissing her action filed under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001–1461 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Sawyer's motion for stay and affirm for the reasons stated by the district court. *Sawyer v. Potash Corp.*, 417 F.Supp.2d 730 (E.D.N.C.2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*